Dismissed and Opinion filed July 3, 2002









Dismissed and Opinion filed July 3, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-01-00970-CV

____________

 

COMPRESSOR ENGINEERING
CORPORATION, Appellant

 

V.

 

MADE2MANAGE SYSTEMS, INC. and
CHARLES E. MUELLER, Appellees

 



 

On
Appeal from the 334th District Court

Harris County, Texas

Trial
Court Cause No. 01-06308

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from an order of
dismissal signed August 29, 2001.  On
June 26, 2002, the parties filed a joint motion to dismiss the appeal because
the case has been settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered
dismissed.  

PER CURIAM

 

Judgment rendered and Opinion filed July 3, 2002.

Panel consists of Chief Justice Brister
and Justices Anderson and Frost.

Do Not Publish C Tex. R. App. P. 47.3(b).